**FILED**
**SEP 1 6 2013**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF | ) | |
| THE UNITED STATES OF AMERICA FOR AN | ) | Misc. No. 13 - 1000 |
| ORDER AUTHORIZING THE INSTALLATION | ) | |
| AND USE OF PEN REGISTERS AND | ) | |
| TRAP AND TRACE DEVICES ON | ) | |
| TELPHONE NUMBER 817-782-3464 | ) | **FILED UNDER SEAL** |

## ORDER

This matter has come before the Court pursuant to an application under Title 18, United States Code, Section 3122 from Ronald C. Machen Jr., United States Attorney for the District of District of Columbia, an attorney for the government, by T. Patrick Martin, Assistant United States Attorney, which application requests an Order under Title 18, United States Code Section 3123 authorizing the installation and use of pen registers and trap and trace devices ("PRTTs") to trace and record the dialing, routing, addressing, and signaling information of all communications to or from the telephone number listed below, including but not limited to information identifying the originating telephone lines of communications directed to, and the destination telephone lines of communications originating from, that telephone line, along with the date and time of such communications. The telephone line is 817-782-3464. Investigators believe that this telephone line may have been used and may continue to be used in connection with a shooting that took place on the morning of September 16, 2013, at the Navy Yard in Washington, DC.

The Court finds that the applicant has certified that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation being conducted by

1

the Federal Bureau of Investigations into possible violations of 18 U.S.C. §§ 1111 (Murder), 1113 (Attempted Murder) and 1114 (Attempted Murder of Officer and Employees of the United States).

IT IS THEREFORE ORDERED, pursuant to Title 18, United States Code, Section 3123, that PRTTs be installed and used to trace and record the dialing, routing, addressing, and signaling information of all communications to or from the telephone number listed above, including but not limited to information about the originating telephone lines of communications directed to, and the destination telephone lines of electronic mail communications originating from, those accounts, along with the date and time of such communications, but not the contents of such communications;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3121(c), that FBI shall use technology reasonably available to it that restricts the recording or decoding of electronic or other impulses to the dialing, routing, addressing, and signaling information utilized in the processing and transmitting of wire or electronic communications so as not to include the contents of any wire or electronic communications;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3123(c)(1), that the use and installation of the foregoing occur for a period not to exceed 60 days from the date that the PRTTs are installed and activated;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3123(b)(2) and in accordance with the provisions of Section 3124, that AT&T, upon service of the order upon it, shall furnish information, facilities, and technical assistance necessary to

accomplish the installation of the PRTTs, including installation and operation of the devices unobtrusively and with a minimum of disruption of normal service;

IT IS FURTHER ORDERED, that the results of the PRTTs shall be furnished to the FBI at reasonable intervals during regular business hours for the duration of the Order at an e-mail address to be provided to AT&T by law enforcement.

IT IS FURTHER ORDERED, that the tracing operation shall encompass tracing the communications to their true source, if possible, without geographic limit;

IT IS FURTHER ORDERED, that FBI compensate AT&T for expenses reasonably incurred in complying with this Order; and

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3123(d), that AT&T, and any other person or entity providing wire or electronic communication service in the United States whose assistance is used to facilitate the execution of this Order, and their agents and employees shall not disclose to the listed subscriber, or any other person, the existence of this Order, the PRTTs, or this investigation unless or until otherwise ordered by the court and further, pursuant to Title 18, United States Code, Section 3123(d)(1), that this application and Order be SEALED.

So Ordered, this \_\_\_16\_\_\_ day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

Copy to:  T. Patrick Martin
Assistant United States Attorney
National Security Section
555 Fourth Street, N.W., Room 11-439
Washington, D.C.  20530
D.C. Bar No. 471965
(202) 252-7792 (fax)